UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 15568
    RONALD TRIBBLE
    TERRY TRIBBLE                                CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER
        Debtor
    SSN XXX-XX-6630    SSN XXX-XX-3874

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 06/17/2008 and was not confirmed.

    The case was converted to chapter 7 without confirmation 07/09/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ADVOCATE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| OAK LAWN FIRE DEPT | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| BANK OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| BARCLAYS BANK DELAWARE | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BP | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BP | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BP | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BP | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BP | UNSECURED | NOT FILED | .00 | .00 |
| CHESTERFIELD FEDERAL S & | UNSECURED | NOT FILED | .00 | .00 |
| CHRIS THOMAS | UNSECURED | NOT FILED | .00 | .00 |
| CITICORP CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| DES PLAINES RADIOLOGY SC | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT MERCHANTS BANK | UNSECURED | NOT FILED | .00 | .00 |
| ENH FACULTY PRACTICE ASS | UNSECURED | NOT FILED | .00 | .00 |
| ENH FACULTY PRACTICE ASS | UNSECURED | NOT FILED | .00 | .00 |
| ENH FACULTY PRACTICE ASS | UNSECURED | NOT FILED | .00 | .00 |
| ENH FACULTY PRACTICE ASS | UNSECURED | NOT FILED | .00 | .00 |
| ENH FACULTY PRACTICE ASS | UNSECURED | NOT FILED | .00 | .00 |
| ENH FACULTY PRACTICE ASS | UNSECURED | NOT FILED | .00 | .00 |
| ENH FACULTY PRACTICE ASS | UNSECURED | NOT FILED | .00 | .00 |
| ENH FACULTY PRACTICE ASS | UNSECURED | NOT FILED | .00 | .00 |
| ENH LABORATORY SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ENH LABORATORY SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ENH MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| ENH MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| ENH MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| ENH MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| ENH MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| ENH MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| ENH MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| ENH RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| ENH RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |

| | | | | |
|---|---|---|---|---|
| ENH RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| ENH RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| ENH RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| EVANSTON NORTHWESTERN HE | UNSECURED | NOT FILED | .00 | .00 |
| EVANSTON NORTHWESTERN HE | UNSECURED | NOT FILED | .00 | .00 |
| EVANSTON NORTHWESTERN HE | UNSECURED | NOT FILED | .00 | .00 |
| EVANSTON NORTHWESTERN HE | UNSECURED | NOT FILED | .00 | .00 |
| EVANSTON NORTHWESTERN HE | UNSECURED | NOT FILED | .00 | .00 |
| EVANSTON NORTHWESTERN HE | UNSECURED | NOT FILED | .00 | .00 |
| EVANSTON NORTHWESTERN HE | UNSECURED | NOT FILED | .00 | .00 |
| EVANSTON NORTHWESTERN HE | UNSECURED | NOT FILED | .00 | .00 |
| EVANSTON NORTHWESTERN HE | UNSECURED | NOT FILED | .00 | .00 |
| EVANSTON NORTHWESTERN HE | UNSECURED | NOT FILED | .00 | .00 |
| EVANSTON NORTHWESTERN HE | UNSECURED | NOT FILED | .00 | .00 |
| EVANSTON NORTHWESTERN HE | NOTICE ONLY | NOT FILED | .00 | .00 |
| EVANSTON NORTHWESTERN HE | UNSECURED | NOT FILED | .00 | .00 |
| EVANSTON NORTHWESTERN HE | UNSECURED | NOT FILED | .00 | .00 |
| EVANSTON NORTHWESTERN HE | UNSECURED | NOT FILED | .00 | .00 |
| EVANSTON NORTHWESTERN HE | UNSECURED | NOT FILED | .00 | .00 |
| EVANSTON NORTHWESTERN HE | UNSECURED | NOT FILED | .00 | .00 |
| EVANSTON NORTHWESTERN HE | UNSECURED | NOT FILED | .00 | .00 |
| EVANSTON NORTHWESTERN HE | UNSECURED | NOT FILED | .00 | .00 |
| EVANSTON NORTHWESTERN HE | UNSECURED | NOT FILED | .00 | .00 |
| EVANSTON NORTHWESTERN HE | UNSECURED | NOT FILED | .00 | .00 |
| EVANSTON NORTHWESTERN HE | UNSECURED | NOT FILED | .00 | .00 |
| EVANSTON NORTHWEST HEALT | UNSECURED | NOT FILED | .00 | .00 |
| FAHEY MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC/BEST BUY | UNSECURED | NOT FILED | .00 | .00 |
| ENH MEDICAL GROUP SPECIA | UNSECURED | NOT FILED | .00 | .00 |
| ENH MEDICAL GROUP SPECIA | UNSECURED | NOT FILED | .00 | .00 |
| ENH MEDICAL GROUP SPECIA | UNSECURED | NOT FILED | .00 | .00 |
| ENH MEDICAL GROUP SPECIA | UNSECURED | NOT FILED | .00 | .00 |
| ENH MEDICAL GROUP SPECIA | UNSECURED | NOT FILED | .00 | .00 |
| JUNIPER BANK | UNSECURED | NOT FILED | .00 | .00 |
| LITTLE CO MARY HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| EVANSTON NW HEALTHCARE | UNSECURED | NOT FILED | .00 | .00 |
| EVANSTON NW HEALTHCARE | UNSECURED | NOT FILED | .00 | .00 |
| ENH MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| EVANSTON NW HEALTHCARE | UNSECURED | NOT FILED | .00 | .00 |
| EVANSTON NW HEALTHCARE | UNSECURED | NOT FILED | .00 | .00 |
| EVANSTON NW HEALTHCARE | UNSECURED | NOT FILED | .00 | .00 |
| EVANSTON NW HEALTHCARE | UNSECURED | NOT FILED | .00 | .00 |
| EVANSTON NW HEALTHCARE | UNSECURED | NOT FILED | .00 | .00 |
| EVANSTON NW HEALTHCARE | UNSECURED | NOT FILED | .00 | .00 |
| EVANSTON NW HEALTHCARE | UNSECURED | NOT FILED | .00 | .00 |

```
RESURRECTION HOSPITAL      UNSECURED      NOT FILED                    .00              .00
RESURRECTION HOSPITAL      UNSECURED      NOT FILED                    .00              .00
RESURRECTION HOSPITAL      UNSECURED      NOT FILED                    .00              .00
HOLY FAMILY MEDICAL CENT   UNSECURED      NOT FILED                    .00              .00
HOLY FAMILY MEDICAL CENT   UNSECURED      NOT FILED                    .00              .00
RUSH OAK PARK HOSPITAL     UNSECURED      NOT FILED                    .00              .00
WASHINGTON MUTUAL CARD S   UNSECURED      NOT FILED                    .00              .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     3,494.00                                     .00
TOM VAUGHN                 TRUSTEE                                                      .00
DEBTOR REFUND              REFUND                                                       .00
```

           Summary of Receipts and Disbursements:
--------------------------------------------------------------------------

                           RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------

TRUSTEE                           .00

PRIORITY                                                 .00
SECURED                                                  .00
UNSECURED                                                .00
ADMINISTRATIVE                                           .00
TRUSTEE COMPENSATION                                     .00
DEBTOR REFUND                                            .00
                           ---------------       ---------------
TOTALS                            .00                    .00


     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
Dated: 10/22/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE